PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00125 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| COLEMAN KETTERING, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and John Meyer, attorney for the defendant, that the status conference set for October 11, 2016 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to October 31, 2016 at 1:00 p.m.  The reason for the request is at the defendant's appearance for a detention hearing on August 26, 2016, the case was mistakenly set for a status conference before Judge McAuliffe.  It should have been set for Judge Oberto's calendar.  Defense counsel at that time and currently needs additional time to review discovery and for further investigation.

///
///
///
///
///
///
///

Stipulation      1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay between August 26, 2016 and October 31, 2016 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 20, 2016                                   Respectfully submitted,

                                                                       PHILLIP A. TALBERT
                                                                       Acting United States Attorney

                                                         By      /s/ Kimberly A. Sanchez
                                                                         KIMBERLY A. SANCHEZ
                                                                         Assistant U.S. Attorney

Dated: September 20, 2016                                   /s/ John Meyer
                                                                        JOHN MEYER
                                                                        Attorney for Defendant

## **ORDER**

IT IS SO ORDERED.

Dated:   **September 20, 2016**                         /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE