PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00125 LJO-SKO |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| COLEMAN KETTERING, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and John Meyer, attorney for the defendant, that the status conference set for January 17, 2017 at 1:00 pm before the Honorable Sheila K. Oberto be vacated, and a change of plea hearing be set before the Honorable Lawrence J. O'Neill, Chief District Court Judge for January 23, 2017 at 8:00 a.m.  The reason for the request is for the defendant to appear before the District Court for a change of plea and availability of his attorney.

///
///
///
///
///
///
///

Stipulation                                                                 1

1  The parties further request the Court to enter an Order finding that the "ends of justice" served by a
2  continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through
3  January 23, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

5  Dated: January 10, 2017                                Respectfully submitted,

6                                                                              PHILLIP A. TALBERT
                                                                                  United States Attorney
7

8                                                                   By      /s/ Kimberly A. Sanchez
9                                                                              KIMBERLY A. SANCHEZ
                                                                                  Assistant U.S. Attorney
10
      Dated: January 10, 2017                                /s/ John Meyer
11                                                                              JOHN MEYER
                                                                                  Attorney for Defendant
12

13
14  IT IS SO ORDERED.

15     Dated:   **January 11, 2017**                          _____/s/ Lawrence J. O'Neill_____
                                                                              UNITED STATES CHIEF DISTRICT JUDGE
16

Stipulation                                                           2