1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00125 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| COLEMAN KETTERING, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and John Meyer, attorney for the defendant, that the change of plea hearing set for January 23, 2017 at 8:00 am before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be vacated, and a change of plea hearing be set before Judge O'Neill on February 13, 2017 at 8:30 a.m.  The reason for the request is defense counsel had an unexpected family emergency shortly before January 23 and needs additional time to address that issue and be prepared for the hearing.

///

///

///

///

///

///

///

///

Stipulation                                                             1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through February 13, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 25, 2017                               Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                      United States Attorney

                                              By      /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney

Dated: January 25, 2017                               /s/ John Meyer
                                                      JOHN MEYER
                                                      Attorney for Defendant

IT IS SO ORDERED.

Dated:   **January 25, 2017**              _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                2