1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:16-CR-00125-LJO-SKO

12                        Plaintiff,    FINAL ORDER OF FORFEITURE

13              v.

14 COLEMAN KETTERING,

15                        Defendant.

16

17        WHEREAS, on February 24, 2017, the Court entered a Preliminary Order of Forfeiture,

18 forfeiting to the United States all right, title, and interest of defendant Coleman Kettering, in the

19 following property:

20        a.  Arms Corporation of the Philippines, imported by Ruger, Model P89DC, 9mm pistol,

21            and

22        b.  All ammunition seized in this case.

23        AND WHEREAS, beginning on March 17, 2017, for at least 30 consecutive days, the United

24 States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

25 site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

26 Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate

27 the validity of their alleged legal interest in the forfeited property;

28        AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

FINAL ORDER OF FORFEITURE                    1

1  property, and the time for any person or entity to file a claim has expired.

2       Accordingly, it is hereby ORDERED and ADJUDGED:

3       1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America

4  all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

5  2461(c), to be disposed of according to law, including all right, title, and interest of Coleman

6  Kettering.

7       2.    All right, title, and interest in the above-listed property shall vest solely in the name of

8  the United States of America.

9       3.    The Federal Bureau of Investigation shall maintain custody of and control over the

10  subject property until it is disposed of according to law.

11

12  IT IS SO ORDERED.

13     Dated:   **May 18, 2017**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28