1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )     Case № 1:16-CR-00125-1-JLT
                                      )
9                  Plaintiff,         )              **O R D E R**
                                      )       **APPOINTING COUNSEL**
10           vs.                      )
                                      )
11  COLEMAN KETTERING,                )
                                      )
12                 Defendant.         )
                                      )
    _____)

13

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15  inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16  obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17  justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18          IT IS HEREBY ORDERED that Michael J. Aed be appointed to represent the above

19  defendant in this case effective *nunc pro tunc* to August 11, 2023, in place of the Federal

20  Defender.

21

22          This appointment shall remain in effect until further order of this court, or until the

23  pending criminal matter and any direct appeal is resolved, whichever is first.

24

25  IT IS SO ORDERED.

26  Dated:   **August 15, 2023**

                                          _____
27                                        UNITED STATES MAGISTRATE JUDGE

28

-1-