1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          CASE NO.  1:16-CR-00125-JLT-SKO

12                      Plaintiff,      STIPULATION AND ORDER TO SET AN
                                        ADMISSION HEARING
13            v.

14  COLEMAN KETTERING,

15                      Defendant.

16

17                            **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.    The defendant is pending a supervised release violation.

21        2.    He is currently in state custody on pending criminal charges in Fresno County Superior

22  Court.

23        3.    The parties have been consulting with the deputy district attorney assigned to the state

24  matter, and all agree there is no impediment to the defendant coming to federal court to enter an

25  admission to his supervised release violation.

26        4.    By this stipulation, defendant moves to set a hearing before the duty magistrate for

27  Monday, January 29, 2024 at 2:00 p.m. for the defendant to enter an admission to his pending

28  supervised release violation.

STIPULATION AND PROPOSED ORDER                    1

5.      Once the hearing is set, the government will seek a writ to have the defendant brought over from state custody (he is in Fresno County Jail) to enter his admission.

IT IS SO STIPULATED.


Dated:  January 23, 2024                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ KIMBERLY A. SANCHEZ
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney


Dated:  January 23, 2024                    /s/ MICHAEL AED
                                            MICHAEL AED
                                            Counsel for Defendant
                                            COLEMAN KETTERING


## FINDINGS AND ORDER

1.      The parties agree there is a good reason to set an admission hearing on the defendant's supervised release violation for Monday, January 29, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.

2.      The Court finding the parties' reason sets forth good cause, the Court grants the parties request and orders that an admission hearing be set for **Monday, January 29, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **January 23, 2024**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE


STIPULATION AND PROPOSED ORDER

2