IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              Plaintiff,<br><br>      v.<br><br>**COLEMAN KETTERING**<br><br>              Defendant. | CR NO: 1:16-cr-00125-JLT-SKO |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: COLEMAN KETTERING
Detained at: FRESNO COUNTY JAIL

Detainee is:
   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or
   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
   a.) ☒ return to the custody of detaining facility upon termination of proceedings
or
   b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary JANUARY 29, 2024 in the Eastern District of California.*

Signature: /s/ *Kimberly A. Sanchez*
Printed Name & Phone No: Kimberly A. Sanchez   559-497-4000
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, JANUARY 29, 2024, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **January 25, 2024**

/s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2324070 | DOB: | 06/15/1989 |
| Facility Address: | 1225 M Street, Fresno, CA 93721 | Race: | White |
| Facility Phone: | 559-600-8600 | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____   _____
                                       (signature)