LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>COLEMAN KETTERING,<br><br>Defendant. | CASE: 1:16-CR-00125-JLT-SKO<br><br>STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on February 14, 2024.
2. By this stipulation, defendant now moves to continue the status conference until May 22, 2024.
    a. The parties agree and stipulate, and request that the Court find the following:
    b. Counsel for the defendant is currently in trial in the matter People v. Camron Henry Griffin, Jr. (Merced County Case 23CR-03762A). The trial began on January 9, 2024. The jury is expected to receive the case by February 16, 2024.

    c. Counsel for defendant desires additional time to further review the Superseding Petition for Revocation of Supervised Release and to investigate relevant mitigation material in anticipation of entering a plea agreement.

    d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

    e. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: February 12, 2024                        Respectfully submitted,

/s/  Kim Sanchez

Kimberly Sanchez
*AUSA*

Dated: February 12, 2024                        Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed
*Attorney for Defendant*

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the February 14, 2024, Status Conference for Revocation of Supervised Release be continued to May 22, 2024, at 2:00 pm before the Duty Magistrate Judge.

Dated: **February 12, 2024**           /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE